UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| C.W. "BO" GALLUP, *et ux*. | CIVIL ACTION |
| VERSUS | No. 03-3476 |
| OMAHA PROPERTY & CASUALTY INS. CO. | SECTION "K"(4) |

## ORDER

Being that Defendant's Motion for Stay and Waiver of Supersedeas Bond (Rec.Doc.No. 140) is unopposed by Plaintiffs (*See* Rec.Doc.No. 143), the Court hereby grants the motion and orders a stay pending appeal. Accordingly,

**IT IS ORDERED** that Defendant's Motion is **GRANTED** and the enforcement of the judgment is **STAYED** pending the appeal to the United States Fifth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that the requirement for Supersedeas Bond is **WAIVED**.

New Orleans, Louisiana, this   24th   day of October, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE